# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURGEN DOMINIK, an individual, | Case No. 07 CV 0171 IEG (JMA) |
| Plaintiff, | ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE |
| v. | |
| LEHMAN BROTHERS, INC. LEHMAN BROTHERS HOLDINGS, INC., LEHMAN BROTHERS MERCHANT BANKING PARTNERS, II, L.P., a Delaware corporation, | |
| Defendants. | |

JURGEN DOMINIK ("Plaintiff"), and Defendant LEHMAN BROTHERS MERCHANT BANKING PARTNERS, II, L.P. (collectively, the "Parties") by and through their undersigned attorneys, have submitted a joint stipulation, agreeing that the above-captioned case should be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Parties have agreed on the terms of settlement of this case and have executed settlement documents.

Plaintiff has agreed to dismiss its complaint in its entirety with prejudice against all Defendants, including LEHMAN BROTHERS, INC. and LEHMAN BROTHERS HOLDINGS, INC. Therefore, IT IS HEREBY ORDERED that this case be and is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED.

Dated: April 1, 2009

_____
Hon. Irma E. Gonzalez, Chief Judge
United States District Court